

# In the Missouri Court of Appeals
# Eastern District

APRIL 15, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.    ED99225    STATE OF MISSOURI, RES V DAWN FULKS, APP

2.    ED99886 PORTFOLIO RECOVERY ASSOC, RES V. TRACY FISHER, APP

3.    ED99929 STATE OF MISSOURI, RES V. JAIME BRINKLEY, APP

4.    ED100183 IN THE MATTER AND TREATMENT OF ANDRE SINGLETON

5.    ED100216 TED CRIST, APP V STATE OF MISSOURI, RES

6.    ED100288 JACOB B. WEST, APP V. STATE OF MISSOURI, RES

7.    ED100589 JOHN F. HEFNER, RES V. DIANE M. HEFNER, APP

8.    ED100597 JACQUELINE BROWN, RES V. MASSMAN CONST. CO., APP

9.    ED100617 TV APARTMENTS, APP V. ED BUSHMEYER, ASSESSOR, RES